UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-753-GW(AJWx) | Date | September 28, 2017 |
|---|---|---|---|
| Title | *A. G., et al. v. County of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on September 26, 2017. The Court sets an Order to Show Cause re: Settlement Hearing for February 22, 2018 at 8:30 a.m., with a status report to be filed by February 16, 2018.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                                    :

Initials of Preparer    JG